394 A.2d 571

**COMMONWEALTH of Pennsylvania**

v.

**Julius VARGO, Appellant.**

Superior Court of Pennsylvania.

Argued April 14, 1978.

Decided Nov. 17, 1978.

Thomas R. Ceraso, Greensburg, for appellant.

David B. Wasson, Assistant District Attorney, Arnold, with him Albert M. Nichols, District Attorney, Greensburg, for Commonwealth, appellee.

Before JACOBS, President Judge, and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.

320

SPAETH, J., files a dissenting statement.

The above case was decided prior to the retirement of HOFFMAN, J.

SPAETH, Judge, dissenting:

I dissent. *Commonwealth v. Braithwaite,* 253 Pa.Super. 447, 385 A.2d 423 (1978) (SPAETH, J., dissenting).